**Vince LERMA, Appellant, v. STATE of Texas, Appellee.**

**No. 20882.**

Court of Criminal Appeals of Texas.

Dec. 13, 1939.

Duhig & Romberg, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for robbery, punishment assessed being five years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

**Willie THORNTON v. STATE.**

**No. 20824.**

Court of Criminal Appeals of Texas.

Jan. 10, 1940.

W. M. Zachry and D. M. Wilson, both of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for theft over the value of fifty dollars; penalty assessed at confinement in the penitentiary for two years.

Appellant has filed a written motion, duly verified, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is ordered dismissed.

**FIRST FEDERAL SAVINGS & LOAN ASS'N v. J. R. IVY.**

**No. 3575.**

Court of Civil Appeals of Texas.
Beaumont.

Nov. 29, 1939.

H. C. Cunningham, of Beaumont, for plaintiff in error.

Baker & DeLee, of Port Arthur, for defendant in error.

WALKER, Chief Justice.

This appeal is on the docket of this court from the county court at law of Jefferson county. A review of the record disclosed no error. The judgment of the lower court is affirmed without written opinion. Texas & N. O. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.